FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ AUG 04 2016 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT,

No. 16-cv-00745-~~NG~~-KAM-RML

Plaintiff,

-against-

STIPULATION AND ORDER
OF DISMISSAL
WITH PREJUDICE

ABRAHAM KOHN and YEHUDA LEONOROVITZ,

Defendants.

-----------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of these actions, the above-captioned actions are hereby discontinued with prejudice and may be dismissed with prejudice without costs or fees to any party.

PLEASE TAKE NOTICE that this Stipulation may be executed in counterparts, and facsimile and PDF signatures to this Stipulation will be deemed to be originals for all purposes.

Dated: Uniondale, New York
~~July __, 2016~~
August 2, 2016

RIVKIN RADLER LLP

_____
Alan C. Eagle, Esq.
Joanne M. Engeldrum, Esq.
Attorneys for Plaintiff
THE AUTOMOBILE INSURANCE
COMPANY OF HARTFORD, CONNECTICUT
926 RXR Plaza
Uniondale, New York 11556-0926
516-357-3000

WILKOFSKY, FRIEDMAN, KAREL & CUMMINS

_____
Roman Rabinovich, Esq.
Attorneys for Defendant
ABRAHAM KOHN
299 Broadway, Suite 1700
New York, New York 10007
(212) 285-0510

TUMELTY & SPIER, LLP

_____
John Tumelty, Esq.
Attorneys for Defendant
YEHUDA LEONOROVITZ
160 Broadway, Suite 708
New York, New York 10038
(212) 566-4681

**SO ORDERED:**

_____s/KAM_____
U.S.D.J.
Dated: ~~July~~ August 3, 2016
Brooklyn, NY

J200205 v1